**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01002-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine whether appellant was entitled to have the appellate record furnished without charge. *See* TEX. R. APP. P. 20.2. On January 28, 2022, a supplemental reporter's record of the hearing was filed; at the conclusion of the hearing, the trial court found appellant to be indigent for purposes of this appeal.

We **ORDER** the reporter's record filed within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jay Bender, Presiding Judge, County Court at Law No. 6; to Jennifer Corley, official court reporter, County Court at Law No. 6; to Kimberly Tinsley, deputy official court reporter, County Court at Law No. 6; to appellant at the address on file with the Court; and to the Collin County District Attorney's Office, Appellate Division.

/s/    LANA MYERS
       JUSTICE